# Heather Bennett Cibula

ATTORNEY AT LAW COPYRIGHT – TRADEMARK – LICENSING - LITIGATION

1880 Century Park East, Suite 615
Los Angeles, CA 90067
T 310-772-0585
T 310-772-0018
HBCibula@att.net

September 6, 2011

Honorable Joseph C. Spero
United States District Court, Northern Dist.
Courtroom G, 15th Floor
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

RE: Case Management
Modern Bridal, Inc. v. Soolip, Inc. et al
Case No. 11-CV-00917 JCS

Dear Honorable Spero:

I am the attorney for Soolip, et al. in the above-referenced matter. I am writing to request permission to appear by telephone for the Case Management Conference scheduled for September 9, 2011 at 1:30 p.m. as per the Case management and Pretrial Order (Dkt 18).

Because the two parties have been discussing settlement of this matter amongst themselves, I was hopeful that the matter would be settled by now. I was not aware of the 7-day advance notice requirement for requesting a telephonic appearance. I, too, would like to request permission to appear by telephone as it is a long way for me to travel, and not much has occurred on this matter other than the Plaintiff's filed their Amended Complaint.

I am available at (310)772-0585. Thank you.

Sincerely,

Heather Bennett Cibula,

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 p.m. and await the Court's call.



9/8/2011
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero