# Heather Bennett Cibula

1880 Century Park East, Suite 615
Los Angeles, CA 90067
T 310-772-0585
T 310-772-0018
HBCibula@att.net

ATTORNEY AT LAW COPYRIGHT – TRADEMARK – LICENSING - LITIGATION

October 6, 2011

<u>Via Electronic Filing</u>

Honorable Joseph C. Spero
U.S. District Court, Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94101

RE: Request for Telephonic Appearance
<u>Modern Bridal, Inc. v. Soolip, et al.</u>
Case No. 11-CV-00917 JCS
Case Management Conference Scheduled for October 14, 2011

Dear Honorable Spero:

I am the attorney for Defendants Soolip, et al in the above-referenced matter. This matter is scheduled for a Case Management Conference on October 14, 2011. As the Defendant and my offices are in Los Angeles, CA, I hereby respectfully request to appear at the scheduled time for the hearing by telephone.

My land-line office number is 310-772-0585. Thank you for considering this request.

Sincerely,

Heather Bennett Cibula, Esq.
Law Offices of Heather Bennett Cibula

It is hereby ordered that Ms. Cibula shall be on phone standy beginning at 1:30 PM and await the Court's call.

Dated: 10/7/11

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero