

E-MAIL: LAURA@BAYOAKLAW.COM

October 7, 2011

The Honorable Joseph C. Spero
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    Re:    Telephonic Appearance at Case Management Conference
             *Modern Bridal, Inc. v. Soolip, Inc., et al.*
             Case No. 11-CV-00917 JCS

Your Honor:

Bay Oak Law is counsel for Plaintiff Modern Bridal in Case No. 11-CV-00917 JCS, *Modern Bridal, Inc. v. Soolip, Inc, et al*. We are writing to request permission from the Court to appear by telephone for the Case Management Conference on October 14, 2011 at 1:30 PM, as per the Case Management and Pretrial Order (Dkt 33). Laura Koch will be appearing on behalf of Plaintiff. Her direct land line contact phone number is 1 (510) 437-9464.

                                          Very truly yours,

                                          BAY OAK LAW FIRM, APLC

                                          *Laura Koch*

                                          LAURA KOCH

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's phone call.

Dated:  10/11/11



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

BAY OAK LAW
180 GRAND AVE, STE 700
OAKLAND, CA 94612-3763
TEL: 1-510-208-5500   FAX: 1-510-208-5511
WWW.BAYOAKLAW.COM