KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST, State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
MODERN BRIDAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODERN BRIDAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOOLIP, INC, A California Corporation, WANDA WEN, and individual, and A SOOLIP WEDDING, a California Limited Liability Company,<br><br>Defendants. | Case No. 11-cv-00917 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL |

The Court DOES HEREBY ORDER that Andrew K. Jacobson and Laura K. Koch are granted leave of this Court to withdraw from this case and Gregory S. Gilchrist and Ryan Bricker are substituted as counsel for Plaintiff Modern Bridal, Inc.

IT IS SO ORDERED.

DATED: __11/23/11__      _____
                        Joseph C. Spero
                        United States District Court Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL                    - 1 -
CASE NO. 11-cv-0091 JCS