KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST, State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
MODERN BRIDAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODERN BRIDAL, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOOLIP, INC, A California Corporation, WANDA WEN, and individual, and A SOOLIP WEDDING, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No. 11-cv-00917 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

　　The parties, by their respective counsel, pursuant to reaching a settlement agreement as to the claims asserted in the immediate case, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed with prejudice, with the Court to retain jurisdiction for purposes of any action arising out of the Parties' settlement agreement. Each party shall bear its own costs and attorneys' fees.

DATED: March 13, 2012

By: _____
RYAN BRICKER

KILPATRICK TOWNSEND & STOCKTON LLP
Attorneys for Plaintiff
MODERN BRIDAL, INC.

DATED: March 13, 2012

By: _____
HEATHER BENNETT

LADAS & PARRY, LLP
Attorneys for Defendants / Counterclaimants
SOOLIP, INC., A SOOLIP WEDDING,
and WANDA WEN

IT IS SO ORDERED.

DATED: March 14, 2012

_____
Hon. Joseph C. Spero
United States District Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)*