```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST, State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com
        rbricker@kilpatricktownsend.com
```

Attorneys for Plaintiff
MODERN BRIDAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODERN BRIDAL, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SOOLIP, INC, A California Corporation, WANDA WEN, and individual, and A SOOLIP WEDDING, a California Limited Liability Company,<br><br>                    Defendants. | Case No. 11-cv-00917 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

    The parties, by their respective counsel, pursuant to reaching a settlement agreement as to the claims asserted in the immediate case, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed with prejudice, with the Court to retain jurisdiction for purposes of any action arising out of the Parties' settlement agreement.  Each party shall bear its own costs and attorneys' fees.

1  
2  DATED: March 13, 2012

3  
4  By: _____  
   RYAN BRICKER

5  KILPATRICK TOWNSEND & STOCKTON LLP  
   Attorneys for Plaintiff
6  MODERN BRIDAL, INC.

7  
8  DATED: March 13, 2012

9  
10 By: _____  
   HEATHER BENNETT
11  
12 LADAS & PARRY, LLP  
   Attorneys for Defendants / Counterclaimants  
13 SOOLIP, INC., A SOOLIP WEDDING,  
   and WANDA WEN

14  
15  
16 IT IS SO ORDERED.

17  
   DATED: __March 14__, 2012
18  
19  
20 _____  
   Hon. Joseph C. Spero  
   United States District Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER          - 2 -  
CASE NO. 11-cv-00917 JCS